AO 442 (Rev. 11/11) Arrest Warrant

Sealed - ATF

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
ROBERT WOODS

*Defendant*

Case No. 24cr427

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ROBERT WOODS ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1),(b)(1)(C) - POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE ("CRACK") - 1 COUNT
18:924(c) - POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME - 1 COUNT
18:922(g)(1) - POSSESSION OF A FIREARM BY A FELON - 1 COUNT

Date: 12/05/2024

KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state: PHILA, PA

GEORGE WYLESOL, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 12/6/24 , and the person was arrested on *(date)* 12/10/24
at *(city and state)* Philadelphia, PA .

Date: 12/10/24

Campbell Hayes
*Arresting officer's signature*

Campbell Hayes, Special Agent
*Printed name and title*