**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 24-427 |
| | : | |
| **ROBERT WOODS** | : | |

# ORDER

**AND NOW**, this 8th day of October 2025, upon considering Mr. Woods's motion for specific performance (DI 30), the government's response in opposition (DI 34), the government's motion for a *Frye* colloquy (DI 28), Mr. Woods's response in support (DI 31), following our September 23, 2025 motions hearing, and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Mr. Woods's motion for specific performance (DI 30) is **DENIED**.

2. The government's motion for a *Frye* colloquy (DI 28) is **DENIED**.

_____
**MURPHY, J.**