**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 24-427** |
| | : | |
| **ROBERT WOODS** | : | |

# ORDER

**AND NOW**, this 11th day of February 2026, upon considering defendant's request for a downward variance from the advisory sentencing guidelines (DI 50), the government joining in on the request, and for reasons stated on the record during the sentencing hearing today, it is **ORDERED** defendant's request (DI 50) is **GRANTED**.

**MURPHY, J.**